PER CURIAM.
Affirmed. See § 120.68(7)(b), (10), Fla. Stat. (2006); Dep’t of Transp. v. Groves-Watkins Constructors, 530 So.2d 912 (Fla.1988); Liberty County v. Baxter’s Asphalt & Concrete, Inc., 421 So.2d 505 (Fla.1982); DeGroot v. Sheffield, 95 So.2d 912 (Fla.1957); Miami-Dade County v. Church & Tower, Inc., 715 So.2d 1084 (Fla. 3d DCA 1998); State Contracting & Eng’g Corp. v. Dep’t of Transp., 709 So.2d 607 (Fla. 1st DCA 1998).